48

■

**UNITED STATES, petitioner, v.
THOMPSON/CENTER ARMS
COMPANY.  No. 91-164.**

Supreme Court of the United States.

Oct. 7, 1991.   Granted.